UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 9, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>           Plaintiff,           )<br>                                )<br>      v.                        )<br>                                )<br> IONEL PASCAN,                   )<br>                                )<br>           Defendant.           ) | Case No. 2:15-MJ-00191-AC-5<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IONEL PASCAN</u>, Case No. <u>2:15-MJ-00191-AC-5</u>, Charge <u>18 USC §§ 922(a)(1)(A), 371; 26 USC § 5861(f),(i); 21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ✔ (Other) <u>With pretrial supervison as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 9, 2015</u> at <u>3:30</u> pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge