IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>IONEL PASCAN,<br><br>　　　　　　　Defendant. | CASE NO. 2:15-CR-209 GEB<br><br>ORDER SEALING DOCUMENTS REFERENCED IN GOVERNMENT'S NOTICE |

　　　IT IS HEREBY ORDERED that the document filed in connection with defendant Ionel Pascan's entry of guilty plea and the Government's Request to Seal shall be SEALED until further order of a federal Court.

　　　It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Pascan.

　　　The Court finds that, for the reasons stated in the Government's referenced request, sealing the aforementioned documents serves a compelling interest, and that in the absence of closure, the compelling interests identified by the Government would be harmed, and that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by the Government.

Dated: June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge