Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ionel Pascan,<br><br>　　　　　Defendant. | Cr.S. 15-209 GEB<br><br>COURT: Hon. Judge Garland E. Burrell, Jr.<br>DATE:　　March 3, 2017<br>TIME:　　9:00 a.m.<br><br>**MEMORANDUM TO CONTINUE JUDGMENT & SENTENCING** |

　　　　Ionel Pascan is scheduled to be sentenced on January 25, 2017.  Mr. Pascan is in the process of providing information to the probation office.  The parties therefore ask that judgment and sentencing be continued to March 3, 2017 and that date is available with the Court.  The parties ask that the Court adopt the following schedule:

　　　　Report Disclosed:　　　　　　　　　January 27, 2017

　　　　Informal Objections:　　　　　　　　February 3, 2017

　　　　Final Pre-sentence Report:　　　　　February 10, 2017

　　　　Sentencing Memorandum:　　　　　February 17, 2017

　　　　Reply:　　　　　　　　　　　　　　February 24, 2017

1

| | |
|---|---|
| Judgment and Sentencing: | March 3, 2017 |

Date: January 10, 2017                                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shari Rusk
　　　　　　　　　　　　　　　　　　　　　　　　SHARI RUSK
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Ionel Pascan

So ordered.

　　　　Dated:  January 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge