Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Ionel Pascan,<br><br>         Defendant. | Cr.S. 15-209 GEB<br><br>COURT: Hon. Judge Garland E. Burrell, Jr.<br>DATE:   March 24, 2017<br>TIME:   9:00 a.m.<br><br>**MEMORANDUM TO CONTINUE JUDGMENT & SENTENCING** |

Ionel Pascan is scheduled to be sentenced on March 24, 2017. Counsel is finalizing a short videotape with updated medical information to provide the Court at sentencing. The parties therefore ask that judgment and sentencing be continued to March 24, 2017 and that date is available with the Court. The parties ask that the Court adopt the following schedule:

Sentencing Memorandum:             March 17, 2017

Judgment and Sentencing:           March 24, 2017

Date: February 26, 2017                                 Respectfully submitted,

1

                                              /s/ Shari Rusk  
                                              SHARI RUSK  
                                              Attorney for Ionel Pascan

IT IS SO ORDERED.

Dated:  February 27, 2017

_____  
GARLAND E. BURRELL, JR.  
Senior United States District Judge